UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

─────────────────────────────────────────────

DEBORAH RENEE ROBINSON,

    Plaintiff,
v.                                                                       Case No. 17-cv-1750-pp

MILWAUKEE SECURE DETENTION FACILITY,

    Defendant.

─────────────────────────────────────────────

**ORDER VACATING PORTION OF SCREENING ORDER (DKT. NO. 14)**

─────────────────────────────────────────────

The plaintiff Deborah Renee Robinson, a Wisconsin state prisoner representing herself, filed a complaint under 42 U.S.C. §1983, along with a motion to proceed without prepayment of the filing fee. Dkt. Nos. 1, 2. On August 31, 2018, the court granted the plaintiff's motion to proceed without prepaying the filing fee, screened her original complaint and ordered the plaintiff to file an amended complaint by October 12, 2018, if she wished to proceed. Dkt. No. 14. Unfortunately, the court did not notice that the plaintiff already had filed an amended complaint on August 30, 2018. Dkt. No. 13. The court will vacate the portion of its order requiring the plaintiff to amend her original complaint, and will screen her amended complaint. The portion of the order granting the plaintiff's motion to proceed without prepaying the filing fee remains in effect.

The court **ORDERS** that the portion of its August 31, 2018 screening order directing the plaintiff to file an amended complaint by October 12, 2018 is **VACATED**. Dkt. No. 14.

The court will send a copy of this order to the officer in charge of the Milwaukee Women's Correctional Center, where the plaintiff is confined.

Dated at Milwaukee, Wisconsin, this 5th day of September, 2018.

BY THE COURT:

**HON. PAMELA PEPPER**
**United States District Judge**